# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D2025-0170

_____

JAMES E. PUGH and HEATHER H. PUGH,

    Appellants,

    v.

MARY W. JOHNSON, an individual, and JAMES F. JOHNSON, an individual,

    Appellees.

_____

No. 1D2025-0172

_____

JAMES E. PUGH and HEATHER H. PUGH,

    Appellants,

    v.

JEANNE S. MARTIN, as Trustee of the Jeanne S. Martin Trust Dated March 5, 2001,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.

John T. Brown, Judge.

June 10, 2026

PER CURIAM.

AFFIRMED.

RAY, NORDBY, and LONG, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Scott M. Work, Work Law Firm, P.A., Destin, for Appellants.

A. Benjamin Gordon, III, and John A. Libby, Jr., of AnchorsGordon, P.A., Fort Walton Beach; Robert J. Powell, Moorhead Law Group, PLLC, Pensacola, for Appellees.